Receipt number AUSFCC-6881422

# In The United States Court of Federal Claims

| | | |
|---|---|---|
| MARC JULIEN AS TRUSTEE OF THE 2005 ROBERT JULIEN FAMILY DELAWARE DYNASTY TRUST<br><br>Plaintiff<br>v.<br><br>THE UNITED STATES<br><br>Defendant | ) | No. 21-994 T<br><br>Judge_________________ |

**COMPLAINT**

Plaintiff, Marc Julien as Trustee of The 2005 Robert Julien Family Delaware Dynasty Trust ("The Trust"), sues the United States and says:

1. This is a civil action for the refund of an internal-revenue tax erroneously collected in 2015 in the amount of $1,026,454.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1346(a)(1) and 1491(a)(1).

3. The Trust is a Delaware Trust formed in 2005.

4. Defendant is the United States.

5. On September 13, 2015, as instructed by the 2014 Instructions for Form 1041 and Schedules A, B, G, J, and K-1, The Trust timely filed its U.S. Income Tax Return for Estates and Trusts, Form 1041, for the calendar year 2014 with the Department of the Treasury Internal Revenue Service Cincinnati, Ohio, Service Center. The return showed total tax due of $9,048,978, total payments of $11,549,311 and an

overpayment of $2,500,333, which The Trust elected to have applied to 2015 Estimated Tax.

6. On May 30, 2017, The Trust timely filed its Amended U.S. Income Tax Return for Estates and Trusts, Form 1041, for the calendar year 2014 ("The Amended Return") with the Cincinnati, Ohio, Service Center. The Amended Return claims a deduction for Domestic Activity Production that had been inadvertently omitted from the original return. The Amended Return showed total tax due of $8,022,524, total payments of $11,549,311, an overpayment of $3,526.787, of which $2,500,333 had been applied to 2015 Estimated Tax and the remainder of the overpayment, $1,026,454, to be refunded to The Trust.

7. Defendant never sent The Trust a notice of examination of the Amended Return, has never sent The Trust a notice that the refund claim has been denied and has not refunded the amount due. However, The Trust is advised and does believe that an amended return filed simultaneously by agents of the Trust for The 2005 Christine Moog Delaware Dynasty Trust based on the same correction has been processed and a refund paid.

8. Inquiry of an authorized representative of Defendant by The Trust's accounting firm under power of attorney from the Trust reveals that Defendant received The Amended Return, but it was never processed. Instead, it was sent "directly to the examination department for audit." As part of that communication, The Trust's accounting firm was orally advised that the trustee should receive a letter from the Defendant's auditor within 30-45 days to discuss the examination and that no further

information could be provided, despite the accounting firm proceeding under power of attorney.

9. It has now been more than 45 days since the inquiry by The Trust's accountant. The additional refund that is due under the amended return has not been paid and The Trust has not even been notified of any examination of the Amended Return by Defendant, much less contacted by an auditor to discuss the purported examination.

10. The Trust has engaged the undersigned attorneys to bring this action and is obligated to pay them a reasonable fee and to reimburse their taxable costs incurred.

11. All conditions precedent to the relief demanded have been performed, have occurred or have been waived.

WHEREFORE, Marc Julien as Trustee of The 2005 Robert Julien Family Delaware Dynasty Trust demands judgment against the United States for a refund of the internal-revenue tax erroneously or illegally collected in the amount of $1,026,454, the costs of this action together with a reasonable attorney's fee, and such other and further relief as the Court deems appropriate in the circumstances.

Dated: February 26, 2021

/s/ *Edward A. Marod*
Edward A. Marod, Esq.
(561) 655-1980
emarod@gunster.com
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Counsel of Record for Plaintiff

Martin R. Press, Esq.
(954) 462-2000
mpress@gunster.com
Gunster Yoakley & Stewart, P.A.
450 E. Las Olas Blvd, Ste 1400
Ft. Lauderdale, FL 33301
Of Counsel

ACTIVE:12967730.2