# In The United States Court of Federal Claims

Case No.: 1:21-cv-00994-SSS
Judge Stephen S. Schwartz

| | |
|---|---|
| MARC JULIEN AS TRUSTEE OF THE 2005 ROBERT JULIEN FAMILY DELAWARE DYNASTY TRUST | ) |
| Plaintiff | ) |
| v. | ) |
| THE UNITED STATES | ) |
| Defendant | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate and agree that plaintiff's complaint be dismissed with prejudice with each party to bear its own costs, attorneys' fees, and other expenses of litigation.

Respectfully submitted,

Date: June 27, 2023

*/s/ Katherine Powers*
KATHERINE POWERS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Ben Franklin Station, PO Box 26
Washington, D.C. 20044
Tel: (202) 514-1919
Fax: (202) 514-9440
katherine.powers@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief
*/s/ G. Robson Stewart*
Of Counsel

Attorneys for Defendant

Date: June 27, 2023

*/s/ Edward A. Marod*
Edward A. Marod, Esq.
(561) 655-1980
emarod@gunster.com
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

Counsel of Record for Plaintiff